# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN BALICOCO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PRATT & WHITNEY; QUEST GLOBAL SERVICES-NA, INC.; BELCAN, LLC; CYIENT, INC.; PARAMETRIC SOLUTIONS, INC. and AGILIS ENGINEERING, INC.,<br><br>        Defendants. | No. _____<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF RELATED CASES**

Pursuant to District of Connecticut Local Rule 40, the following cases are related to this action:

| Case Caption | Case Number | Presiding Judge |
| --- | --- | --- |
| DAVID GRANATA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; QUEST GLOBAL SERVICES-NA, INC.; BELCAN ENGINEERING GROUP, LLC; BELCAN ENGINEERING GROUP LIMITED PARTNERSHIP; CYIENT INC.;PARAMETRIC SOLUTIONS, INC.; AGILIS ENGINEERING, INC.; MAHESH PATEL; ROBERT HARVEY; HARPREET WASAN; THOMAS EDWARDS; GARY PRUS; FRANK O'NEILL; and JOHN DOES 1-3,<br><br>Defendants. | 3:21-cv-01657 | The Honorable Janet Bond Arterton |
| TOM CONROY, DANIEL SARTORIS, SCOTT PRENTISS, and CHRISTOPHER NOVOA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGILIS ENGINEERING, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., QUEST GLOBAL SERVICES-NA, INC., and RAYTHEON TECHNOLOGIES | 3:21-cv-01659 | The Honorable Sarala V. Nagala |

| | | |
|---|---|---|
| CORPORATION, PRATT & WHITNEY DIVISION,<br><br>Defendants. | | |

DATED: December 16, 2021

Respectfully Submitted,

BRENNER, SALTZMAN & WALLMAN LLP

By     /s/ Brian P. Daniels

Brian P. Daniels (ct11863)
Michael T. Cretella (ct29512)
271 Whitney Avenue
New Haven, CT 06511
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
bpdaniels@bswlaw.com
mcretella@bswlaw.com

COHEN MILSTEIN SELLERS & TOLL PLLC

By     /s/ Brent W. Johnson

Daniel A. Small*
Brent W. Johnson*
Emmy L. Levens*
Jessica Weiner*
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
jweiner@cohenmilstein.com

HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Shana E. Scarlett

Shana E. Scarlett*
Benjamin Siegel*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

Steve W. Berman*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

SUSMAN GODFREY LLP

By    */s/ Steven G. Sklaver*

Marc M. Seltzer*
Steven G. Sklaver*
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Matthew R. Berry*
Ian Gore*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA, 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
igore@susmangodfrey.com

**Pro hac vice* forthcoming

***Counsel for John Balicoco and the Class***