# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

John Balicoco, on behalf of himself and all others similarly situated

**Plaintiff**

Case No.: 3:21-cv-01673-MPS

vs.

Pratt & Whitney, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Nixon Fleurimond, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons and Class Action Complaint in the above entitled case.

That on 01/04/2022 at 11:35 AM, I served Parametric Solutions, Inc. c/o Joel C. Haas at 831 Jupiter Park Drive, Jupiter, Florida 33458 with the Summons and Class Action Complaint by serving Madison Pelfrey, Business Manager, authorized to accept service.

Madison Pelfrey is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 140   Height: 5'5"   Hair: Dark Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 1-12-22

Nixon Fleurimond

Notary Public State of Florida
Nancy C Klawonn
My Commission
HH 172535
Exp. 11/19/2025

Client Ref Number: 92000-210
Job #: 1597359

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050


Case 3:21-cv-01673-SVN   Document 67   Filed 01/18/22   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-01673-MPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Parametric Solutions, Inc.
was received by me on *(date)* 12/22/2021 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Madison Pelfrey, Business Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Parametric Solutions, Inc.
at 831 Jupiter Park Drive, Jupiter, FL 33458 on *(date)* 01/04/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1-12-22

Server's signature

Nixon Fleurimond
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW, Washington, DC 20009
202-667-0050
*Server's address*

Notary Public State of Florida
Nancy C Klawonn
My Commission
HH 172535
Exp. 11/19/2025

Additional information regarding attempted service, etc: